UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JAMES D. NEACE,<br><br>    Defendant. | No. CR-05-6027-FVS<br><br>ORDER |

**THE DEFENDANT** having come before the Court for sentencing on June 13, 2007; Now, therefore

**IT IS HEREBY ORDERED:**

The defendant's motion for downward departure (**Ct. Rec. 44**) is granted to the extent indicated by the Court at sentencing.

**IT IS SO ORDERED.**  The District Court Executive is hereby directed to enter this order and furnish copies to counsel.

**DATED** this ___13th___ day of June, 2007.

                        s/ Fred Van Sickle
                        Fred Van Sickle
                    United States District Judge

ORDER - 1